# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON AGUIRRE,<br><br>        Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA, N.A., a National Banking Association; BAYVIEW LOAN SERVICING, LLC, a Delaware Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>        Defendant. | Case No. 2:18-cv-09168-DSF-AGR(x)<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(1)(A)(ii)]**<br><br>Action Filed:    April 2, 2018 |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE,** based on the stipulation by and between Plaintiff, SHARON AGUIRRE and Defendants, BANK OF AMERICA, N.A. and BAYVIEW LOAN SERVICING, LLC by and through their respective counsel of record:

**IT IS HEREBY ORDERED THAT:**

    Plaintiff, SHARON AGUIRRE'S First Amended Complaint, including all claims and all causes of action therein, be and hereby is dismissed with prejudice as to Defendants, BANK OF AMERICA, N.A. and BAYVIEW LOAN SERVICING,

LLC pursuant to Federal <u>Rules of Civil Procedure</u>, Rule 41(a)(1)(A)(ii).  Further, the parties shall each bear their own costs and attorneys' fees accordingly.

**IT IS HEREBY FURTHER ORDERED THAT:**

The Court shall retain jurisdiction over the action for the purpose of entering any orders pertaining to enforcement of the Settlement Agreement executed by the Parties.

IT IS SO ORDERED.

DATED: July 12, 2019

*/s/ Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE